# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN PHAM,<br><br>　　　　　　Defendant. | 2: 20-cr-00223-JAD-DJA<br><br>**Order Granting Government's Motion to Dismiss**<br><br>ECF No. 17 |

　　　With good cause appearing, IT IS HEREBY ORDERED that the Government's Motion for Leave to Dismiss the Indictment in this Action **[ECF No. 17] is GRANTED.** The indictment is **DISMISSED.** The Clerk of Court is directed to CLOSE THIS CASE.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　Dated: October 6, 2020